UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                              CASE NO. 8:15-cr-47-T-30MAP

ERICA N. GRAY

**<u>FORFEITURE MONEY JUDGMENT</u>**

The United States moves for a forfeiture money judgment (Doc. 97) in the amount of $14,494.25 against defendant Erica N. Gray, pursuant to 18 U.S.C. § 982(a)(2)(A), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained $14,494.25 in proceeds as a result of the conspiracy to commit wire fraud and bank fraud, in violation of 18 U.S.C. §§ 1343, 1344, and 1349 as charged in Count One of the Indictment, to which she pleaded guilty.

Accordingly, it is **ORDERED** that the motion (Doc. 97) of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the defendant is liable to the United States of America for a forfeiture money judgment in the amount of $14,494.25.

The Court retains jurisdiction to effect the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under

21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), as a substitute asset in satisfaction of the defendant's money judgment.

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 52, p. 9), this order is final as to the defendant.

**DONE** and **ORDERED** in Tampa, Florida, on October 9, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
All Parties/Counsel of Record

F:\Docs\2015\15-cr-47 forfeit money judgment 97 Gray.docx